WADHAMS J. ROWELL, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

(Submitted February 10, 1930; decided February 18, 1930.)

*R. S. Johnson* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.